UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KINGSLEY ALPHONSO BURNETT,      :

                                :
        Plaintiff,
                                :     PRETRIAL ORDER
        -v.-
                                :     07 Civ. 7385 (RMB) (GWG)


                                :
U.S.C.I.S.
        Defendants.             :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      After consultation with the parties, the following scheduling order is adopted by the

Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1.     All requests for documents and interrogatories pursuant to Local Civil Rule 33.3(a) shall be served by February 10, 2008.

2.     No discovery shall take place after April 10, 2008.

3.     Any request to make a dispositive pretrial motion shall be made to Judge Berman by April 24, 2008.

4.     If no party states its intention to file a dispositive pre-trial motion, plaintiff(s) will supply pretrial order materials to defendant(s) in accordance with the requirements of the rules of the assigned District Judge on or before May 8, 2008. The pre-trial order shall be filed within 15 days thereafter. If, however, a dispositive motion is served on or before the date in the previous paragraph, the due date of the plaintiff's portion of the pretrial order materials shall be extended to 30 days following decision on the dispositive motion and the pretrial order shall be filed within 15 days thereafter.

5.     All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within

the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

6. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www1.nysd.uscourts.gov/judge_info.php?id=67 . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: New York, New York
       January 14, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies to:

Kingsley Alphonso Burnett
303-11 West 117th Street, #5H
New York, NY 10026

Natasha Oeltjen
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Hon. Richard M. Berman
United States District Judge

2