UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KINGSLEY ALPHONSO BURNETT,               :

                          Plaintiff,                       :   ORDER

        -v.-
                                             :   07 Civ. 7385 (RMB) (GWG)

U.S.C.I.S.                                                      :

                         Defendants.                   :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      IT IS HEREBY ORDERED that plaintiff shall appear for his deposition on June 3, 2008, at 11:00 a.m. at the Office of the United States Attorney, 86 Chambers Street, New York, NY. If he fails to appear, his case may be dismissed.

      Plaintiff is reminded that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 ((212) 805-0175) may be of assistance to pro se litigants in connection with court procedures.

      SO ORDERED.

Dated: New York, New York
       May 23, 2008

                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge

Copies to:

Kingsley Alphonso Burnett
307-11 West 117th Street, #5H
New York, NY 10026

Kingsley Alphonso Burnett
c/o Lucille Carrol
Apt. 3C, Building 3
230-11 West 111th Street
New York, NY 10026


Natasha Oeltjen
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007