UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KINGSLEY ALPHONSO BURNETT,              :

                                                              :

                            Plaintiff,              :
                                                              :    ORDER
             -v.-
                                                              :    07 Civ. 7385 (RMB) (GWG)

U.S.C.I.S.                                          :

                            Defendant.          :
-----------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   Discovery has concluded in this matter. The applicable statute calls for a "hearing" on the issue of plaintiff's naturalization. See 8 U.S.C. § 1421(c). The Court believes that the hearing will proceed more smoothly if the same materials are provided to the Court in advance of this hearing as would be provided in advance of a trial.

   Accordingly, on or before July 23, 2008, defendant is directed to send to plaintiff a draft version of a pre-trial order (in accordance with Judge Berman's Individual Practices) with spaces left blank for plaintiff to fill in the portions applicable to him. Plaintiff shall return the filled-in version of the pretrial order to defendant on or before August 6, 2008. Defendant shall submit the joint pre-trial order to Judge Berman on or before August 13, 2008.

   Plaintiff is reminded that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 ((212) 805-0175) may be of assistance to pro se litigants in connection with court procedures.

   SO ORDERED.

Dated: New York, New York
       July 8, 2008

                                                                     _____
                                                                     GABRIEL W. GORENSTEIN
                                                                     United States Magistrate Judge

Copies to:

Kingsley Alphonso Burnett
307 W. 117th Street, #5H
New York, NY 10026

Kingsley Alphonso Burnett
c/o Lucille Carrol
Apt. 3C, Building 3
230-11 West 111th Street
New York, NY 10026

Natasha Oeltjen
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007