UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

KINGSLEY ALPHONSO BURNETT,                       :

                              Plaintiff,         :        07 Civ. 7385 (RMB) (GWG)

                                                 :

          - against -                            :

                                                 :        **ORDER OF DISCONTINUANCE**

U.S.C.I.S.                                       :

                                                 :

                              Defendant.         :

------------------------------------------------------------------x

        Based upon the parties having reached a settlement agreement before United States

Magistrate Judge Gabriel W. Gorenstein, it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued;

provided, however, that the Plaintiff or Defendant may apply, on or before October 3, 2008

(noon), by letter showing good cause why this action should be restored to the calendar of the

undersigned.


**SO ORDERED**.

Dated: New York, New York
       September 3, 2008

                                                 _____
                                                 **Richard M. Berman, U.S.D.J.**